# United States Court of Appeals
## For the First Circuit

—————————

Nos. 13-2285
    13-2289
    13-2291
    13-2320

UNITED STATES OF AMERICA,

Appellee,

v.

PEDRO LUIS RAMÍREZ-RIVERA, a/k/a Peter Pai;
JOSÉ LAUREANO-SALGADO, a/k/a Geo; and
ISMAEL E. CRUZ-RAMOS, a/k/a Chapu,

Defendants, Appellants.

—————————

**ERRATA SHEET**

The opinion of this Court issued on August 26, 2015 is amended as follows:

On page 6, line 13, change "LA" to "La".

On page 54, lines 6-7, remove "740 vials of crack,".